No. 1387, Misc. TURNER *v.* UNITED STATES. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Case transferred to appellate docket and set for argument immediately following No. 766, Misc., *supra.*

No. 1063. WRIGHT ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Sam Adam* for petitioners. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 1075. KNIGHT *v.* LOUISIANA STATE BOARD OF MEDICAL EXAMINERS. Sup. Ct. La. Certiorari denied. *Benjamin E. Smith* for petitioner. *Richard C. Baldwin* for respondent.

No. 1162. DANICA ENTERPRISES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *William T. Coleman, Jr., Milton Young, Stephen S. Ziegler,* and *Richard L. Levy* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Harry Baum,* and *Louis M. Kauder* for respondent.

No. 1201. HAYDEN, DBA HOUSTON INTERNATIONAL AIRPORT LIMOUSINE SERVICE *v.* BOWEN ET AL. C. A. 5th Cir. Certiorari denied. *Raymond M. Hill* for petitioner. *Chris Dixie* for respondents.